UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

ANTHONY HARRIS                        CASE NO. 04-10016-CR-KING

    Movant,

vs.

UNITED STATES OF AMERICA,

    Respondent
_____/

## ORDER AFFIRMING REPORT AND RECOMMENDATION AND GRANTING MOVANT'S MOTION TO REDUCE SENTENCE

THIS CAUSE is before the Court upon the April 22, 2008 Report and Recommendation of Magistrate Judge Garber (D.E. #55) recommending that Movant Anthony Harris's Motion to Reduce Sentence (D.E. # 46), filed December 28, 2007 be granted.

Both the Government's Response (D.E. #50) and Judge Garber's Report and Recommendation state that a two-level reduction of Movant's base offense level is appropriate by application of the present guideline standards. Movant's sentence shall therefore be reduced to 60 months which is the five-year statutory mandatory minimum term of imprisonment pursuant to 21 U.S.C. §841(b)(1)(B).

This Court concludes that the R&R contains thorough and well-reasoned recommendations. Accordingly, after a careful review of the record and the Court being otherwise fully advised, it is

ORDERED and ADJUDGED as follows:

1. Magistrate Judge Barry L. Garber's April 22, 2008 Report and Recommendation (**DE # 55**) be, and the same, is hereby AFFIRMED and ADOPTED.

2. Movant Anthony Harris's Motion to Reduce Sentence (**D.E. # 46**) be, and the same is hereby **GRANTED**. Movant's sentence entered on Decemeber 2, 2004 of 80 months shall be reduced to the statutory mandatory minimum term of imprisonment of 60 months.

DONE and ORDERED in chambers at the James Lawrence King Federal Justice Building and United States Courthouse, Miami, Florida, this 12th day of May, 2008

JAMES LAWRENCE KING
U.S. DISTRICT JUDGE
SOUTHERN DISTRICT OF FLORIDA

cc:

*Attorney for Movant*
Arnaldo Jesus Suri
10631 N Kendall Drive
Miami, FL 33176
305-596-4107
Email: arnaldosuri@bellsouth.net

*Attorney for Respondent*
Christopher J. Hunter
United States Attorney's Office
500 East Broward Blvd., Suite 700
Fort Lauderdale, FL 33394
954-356-7255
Fax: 954-356-7336
Email: christopher.hunter@usdoj.gov